# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MAYFIELD, | CASE NO. 1:10-cv-01091-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE |
| | Docs. 34, 36 |
| v. | REVISED DISCOVERY DEADLINE: AUGUST 15, 2012 |
| M. MIX, et al., | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE |
| Defendants. | |
| | Doc. 37 |
| / | REVISED DISPOSITIVE MOTION DEADLINE: SEPTEMBER 1, 2012 |

On June 16, 2010, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On October 22, 2010, the Court found a cognizable Eighth Amendment claim for excessive force. Doc. 9. On July 26, 2011, the Court issued a discovery and scheduling order, setting a deadline to amend pleadings of January 26, 2012, a discovery deadline of March 26, 2012, and a dispositive motion deadline of June 4, 2012. Doc. 25. On March 22, 2012, Plaintiff filed a motion for "renewal of scheduling order" and to postpone his deposition noticed for March 22, 2012. Doc. 34. On April 17, 2012, the Court denied his motion to postpone his deposition as moot. Doc. 35. On April 30, 2012, Plaintiff filed an "objection" to the order denying the motion to postpone his deposition, explaining that he intended to file a motion to

1  extend the discovery deadline and amend his complaint.[1] Doc. 36. In Plaintiff's "objection," he
2  requests an extension of time to complete discovery because he has been transferred five times since
3  August 2011. *Id.* On June 4, 2012, Defendant filed a motion to extend the dispositive motion
4  deadline seven days. Doc. 37.

5  Defendant did not respond to Plaintiff's motion for renewal of scheduling order dated March
6  22, 2012, or Plaintiff's objection dated April 30, 2012.

7  Plaintiff's motion to extend discovery deadline is GRANTED. The revised discovery
8  deadline is August 15, 2012.

9  Defendant's motion to extend dispositive motion deadline is GRANTED. Since the Court
10 is also extending the discovery deadline, the Court finds it necessary to extend the dispositive motion
11 deadline past Defendant's requested date. The revised dispositive motion deadline is September 1,
12 2012.

14 IT IS SO ORDERED.

16 Dated:    June 5, 2012                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not provide any support, reasons, or cause for his one line request to amend his complaint, and the Court notes that the deadline to amend pleadings was January 26, 2012. Plaintiff is reminded to submit documents requesting a Court order in the form of a motion. Fed. R. Civ. P. 7; Local Rules 130 & 133.