# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MIX, et al.,<br><br>　　　　Defendants. | 1:10cv01091 AWI DLB PC<br><br>NOTICE TO PLAINTIFF<br>REGARDING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

　　　　Plaintiff Dwayne Mayfield ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on June 16, 2010.  This action is proceeding on Plaintiff's complaint for violation of the Eighth Amendment against Defendants E. Mason and M. Mix.

　　　　On December 27, 2013, Defendants filed a Motion for Summary Judgment.  Defendants also provided Plaintiff with the requirements for opposing a Motion for Summary Judgment pursuant to Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998).

　　　　As of the date of this order, Plaintiff has not opposed the motion.  <u>Plaintiff is warned that if he does not oppose the motion within twenty-one (21) days of the date of service of this order, the</u>

1  <u>motion will be decided without the benefit of any arguments he may have.</u>  If summary judgment is
2  granted in favor of Defendants, judgment will be entered for Defendants and the action will be
3  closed.

IT IS SO ORDERED.

   Dated:  **February 14, 2014**                    /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE